IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Criminal No. 17-26 J |
| | ) | |
| ANTHONY P. MASON, JR. | ) | |

## ARRAIGNMENT PLEA

Defendant, <u>ANTHONY P. MASON, JR.</u>

being arraigned, pleads __Guilty__

in open Court this __31st__ day of

__August__, 2017.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)