IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | Case No. 3:17-cr-26 |
|---|---|---|
| | ) | |
| v. | ) | JUDGE KIM R. GIBSON |
| | ) | |
| ANTHONY P. MASON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## TENTATIVE FINDINGS AND RULINGS

NOW, this 7th day of December 2017, the United States Probation Office having conducted a presentence investigation and submitted a Presentence Investigation Report (PSR) and the Defendant Anthony P. Mason, Jr. ("Mason") and the United States having filed their position papers with respect to sentencing factors, the Court makes the following tentative findings and rulings:

1. On August 31, 2017, Mason pleaded guilty to Count 1 of the Information for possession of material depicting the sexual exploitation of a minor under 18 U.S.C. § 2252(a)(4)(B) (ECF No. 9).

2. On November 3, 2017, the United States Probation Office filed the final PSR (ECF No. 12).

3. On November 14, 2017, Defendant filed his position with respect to sentencing factors (ECF No. 14), stating that he objected to the PSR's addition of two points for distribution in paragraph 16, to the calculation of his prior record score as one instead of zero, and suggestions that a deviation from the guidelines may be appropriate.

4. On November 14, 2017, the Government filed its position with respect to sentencing factors (ECF No. 15), adopting the PSR.

5. On November 28, 2017, the United States Probation Office filed two identical Addendums to the PSR (ECF Nos. 16 and 17), stating that Defendant had objections to the PSR and that the Government had no objections.

6. On December 5, 2017, the United States Probation Office filed a Supplemental Addendum to the PSR (ECF No. 18), detailing restitution requests.

7. The Court tentatively adopts the PSR. Arguments as to departures and variances from the guidelines will be considered at the time of sentencing.

**BY THE COURT:**

_____
**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**